## VILLAGE OF RAINTREE HOMEOWNERS v. RAINTREE COUNTRY CLUB

No. 480P95

Case below: 120 N.C.App. 411

Petition by plaintiff (Village of Raintree Homeowners, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## WALTERS v. BLAIR

No. 462A95

Case below: 120 N.C.App. 398

Notice of appeal by defendants (substantial constitutional question) retained 8 February 1996.

## WILLIAMS v. BURLINGTON INDUSTRIES

No. 4P96

Case below: 121 N.C.App. 221

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## WINGO v. WINGO

No. 511P95

Case below: 120 N.C.App. 649

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## WINNER v. INTEGON INDEMNITY CORP.

No. 461A95

Case below: 120 N.C.App. 645

Notice of appeal by plaintiffs (substantial constitutional question) dismissed 8 February 1996.